DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HLLND 2.5, LLC,**
Appellant,

v.

**2500 RECEIVER, INC.** and **ELLIOTT M. SEGALL,**
Appellees.

No. 4D2024-2171

[December 4, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE20000203.

Peter H. Levitt and Giancarlo Cueto of Shutts & Bowen LLP, Miami, for appellant.

Steven H. Osber of Weiss Serota Helfman Cole & Bierman, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***